```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
TERRY FELTON                                    :
                Plaintiff,                      :   ORDER
        -v.-                                    :
                                                    22 Civ. 3519 (PGG) (GWG)
MID-BRONX SENIOR CITIZENS COUNSEL               :
INC. et al.,
                                                :
                Defendants.
---------------------------------------------------------------X
```

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    It has been reported to the Court that the parties have reached a settlement of this matter. Because this case contains one or more claims arising under the Fair Labor Standards Act, it must be approved pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

    The parties are directed to make such an application to District Judge Gardephe on or before October 10, 2022 and in compliance with any applicable Individual Practices of District Judge Gardephe.

    If the parties consent to have this action adjudicated by the undersigned, they may complete a consent form under 28 U.S.C. § 636(c). The form is available at: https://www.uscourts.gov/forms/civil-forms/notice-consent-and-reference-civil-action-magistrate-judge A completed form may be submitted to the undersigned as an attachment to a letter filed on ECF addressed to the undersigned. If the case is reassigned, the same deadline for submission of the application will apply unless an extension is sought and obtained.

    SO ORDERED.

Dated: September 19, 2022
       New York, New York

                                                         GABRIEL W. GORENSTEIN
                                                         United States Magistrate Judge