# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                        Tel: 718-740-1000
Email: abdul@abdulhassan.com               Fax: 718-740-2000
*Employment and Labor Lawyer*               Web: www.abdulhassan.com

October 10, 2022

**Via ECF**

MEMORANDUM ENDORSED

Hon. Gabriel W. Gorenstein, USMJ
United States District Court, SDNY
500 Pearl Street, Courtroom 6B
New York, NY 10007

**Re: Felton v. Mid-Bronx Senior Citizens Council Inc. et al**
    Case No. 22-CV-03519 (PGG)(GWG)
    Motion for Extension of Time

Dear Magistrate-Judge Gorenstein:

    My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief ten-day extension to October 20, 2022 of the deadline for Plaintiff to file his motion for settlement approval. This request is being made because the parties need some additional time to finalize the settlement papers and to arrange for signatures. No prior request for an extension of this deadline was made.

    We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**     Defense Counsel via ECF

Extension to October 20, 2022, granted.

So Ordered.

*[signature]*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 11, 2022

1