# Tilton Beldner LLP

www.tiltonbeldner.com

626 RXR Plaza
Uniondale, NY 11556
Direct Tel.: (516) 262-3602
Fax: (516) 324-3170
jbeldner@tiltonbeldner.com

October 20, 2022

*Via ECF*
Hon. Judge Paul G. Gardephe
U.S. District Judge
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

MEMORANDUM ENDORSED

Re: *Felton v. Mid Bronx Senior Citizens Council, Inc., et al*
Index No.: 22-CV-3519 (PGG) (GWG)

Dear Hon. Judge Gardephe:

This firm is co-counsel in our representation of Defendants in the above referenced matter, and I write on behalf of all parties to respectfully request an extension of the deadline to submit a settlement agreement and motion for court approval pursuant to *Cheeks v. Freeport Pancake House, Inc.,* 796 F.3d 199 (2d Cir. 2015). The parties have drafted settlement language and are in the process of obtaining the necessary signatures for the written settlement agreement. However, despite our best efforts, the parties were not able to obtain all of the signatures by the current deadline, which is today. The parties respectfully request a seven-day extension. If granted, the new deadline would be October 27, 2022. This is Defendants' first request for an extension of the deadline set by the court. Should the court grant this request, no future deadlines would be affected.

Thank you for your time and consideration regarding this matter.

Very truly yours,

_____/S/_____
Joshua Beldner

CC:  VIA ECF
*Counsel for all parties*

Extension to November 15, 2022, granted.  Please file the application (which should be addressed to Judge Gardephe unless the parties consent to the undersigned) earlier if possible.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 21, 2022